UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE JARVIS and JOHN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN JANNEY, in his individual capacity, and CHELAN COUNTY PUBLIC UTILITY DIST. NO. 1,<br><br>Defendants. | NO: 11-CV-0321-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 156). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation of Dismissal (ECF No. 156), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 28th day of November, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge